IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1950-WYD-CBS

ELAINE JOHNSON-HESS,

   Plaintiff,

v.

DAVID BERKEBILE;
DR. J. ZONNO;
DR. R. SARRAZIN;
M. ROSS;
C. GOODWIN;
K. HERLING;
W. SHORTIS;
S. SCARBROUGH;
CHRISTINE MOODY,

   Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal (ECF No. 15), filed on October 28, 2015.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against all Defendants with prejudice.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against all Defendants.  The Clerk of the Court is directed to close this case.

Dated: March 1, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge